

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Herbert C. Wilson, Assistant
Executive Director
State Department of Public Welfare
Austin 3, Texas

Dear Sir:

Opinion No. O-6201
Re: The right of the State
Department of Public
Welfare to enclose non-
advertising governmental
matter to assist the war
effort.

Your letter of recent date states:

"We have been requested by the War Food Admin-
istration to enclose a copy of the attached card with
our public assistance warrants. As you will note,
the card is not an advertisement, but only a statement
from the War Food Administration urging all citizens
to save kitchen fats for war purposes.

"Since it is for the furtherance of the war ef-
fort, we could arrange to enclose it in the envelopes
containing the public assistance warrants with little
extra work on the part of the Department. It would
not require additional postage or additional expense
on the part of the Department.

"Is there any legal reason why this card could
not be mailed with the individual warrants to the
recipients since there would be no additional expense
to the Department."

Article 4386a of Vernon's Annotated Civil Statutes
of Texas added by the Acts of the 43rd Legislature, page 103,
chapter 51, is as follows:

"Warrants for the purchase of United States
postage stamps and for the payment of postoffice
box rents by any board or department of the State
Government shall be drawn upon the State Treasurer
by the State Comptroller in favor of the United
States Postoffice; and the State Treasurer shall
pay warrants so issued out of any funds appropriated
for such purposes, irrespective of the serial number
of said warrants and irrespective of the priority
of the issuance of said warrants, and such warrants
shall be endorsed by the postmaster of the United
States Postoffice to which they are made payable."

The 1943 appropriation to the State Department of
Public Welfare, laws of 1943 Regular Session, pages 991 et
seq, enumerates three separate items for postage, same being
items 257, 297 and 313 of said appropriation bill. Appended
to each divisional appropriation is the following:

"* * * In addition to this appropriation
out of State funds for administrative expenses
for the biennium, the State Department of Public
Welfare is authorized to accept from the Federal
Social Security Board any funds that may be al-
located to said State Department of Public Welfare
for administering assistance to the needy blind,
and said State Department can use such federal
sums allocated for administrative expense in addi-
tion to the funds appropriated for the purpose
out of said State funds; * * *"

The only prohibition for the use of the postage money
is private purpose. It will be noted that the Federal Government
appropriates moneys to pay the administrative expenses of the
department. The governmental matter you wish to insert in
the envelopes urges the saving of "Kitchen Fats for War Use" and
advises the saving of "Every Drop of Used Kitchen Fat" so that
same can be used "In the Manufacture of Hundreds of Vital Items

Honorable Herbert C. Wilson - page 3

used on the Fighting and Production Fronts."

We find nothing in the statutes that would prevent you from enclosing the exhibits in the envelopes containing public assistance warrants.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By David Wuntch
Assistant

DW:zd

APPROVED JUL 2 1945

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY BLOTB
CHAIRMAN